People v Berlin (2020 NY Slip Op 51216(U))

[*1]

People v Berlin (Rebecca)

2020 NY Slip Op 51216(U)

Decided on October 8, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected in part through October 28, 2020; it will not be published in the printed Official Reports.

Decided on October 8, 2020
SUPREME COURT, APPELLATE TERM, SECOND DEPARTMENT, 9th and 10th JUDICIAL DISTRICTS
PRESENT: : THOMAS A. ADAMS, P.J., BRUCE E. TOLBERT, TERRY JANE RUDERMAN, JJ

2019-623 W CR

The People of the State of New 
 York, Respondent,
against
Rebecca Berlin, Appellant. The People of the State of New York, Respondent, against Janet Gonzalez, Appellant.
  The People of the State of New York, Respondent,
against David Publow, Appellant. 

Opinion withdrawn from online only publication under 2020 NY Slip Op 51216(U) by the State Reporter. This 
opinion will be published at
2020 NY Slip 
Op 20271.